[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11193
Non-Argument Calendar
_____

D.C. Docket No. 3:16-cr-00001-DHB-BKE-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRELL CORRELL HALL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(June 14, 2018)

Before JULIE CARNES, BRANCH and HULL, Circuit Judges.

PER CURIAM:

Charles Butler, appointed counsel for Darrell Correll Hall in this direct

criminal appeal, has filed a motion to withdraw on appeal, supported by a brief

prepared under *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hall's conviction and sentence are **AFFIRMED**.